MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
### THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Patrick & Rebecca Herzog

Chapter 7

Case No. 09-36832

Please Check One:

_____   Unclaimed Dividends

__X__   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 | 1U | $22.15 | $0.56 |

Date:  February 3, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 11 FEB -4 AM 10: 59 U.S. BANKRUPTCY COURT ST. PAUL, MN

Rec # 3304